## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

Mason IBra Gollett )
(full name)      (Register No). )
N/A )
)
Plaintiff(s). )
)
v. )
)
)
Pulaski CO. & State of MO )
(Full name) )
Judge Long & Beger, Pathways melissa, )
miss bell, P.C.J., State of MO. )
Defendant(s). )

**19 - 4129 - CV - C - NKL - P**

Case No. 18PU-CR01206-01

Defendants are sued in their (check one):
____ Individual Capacity
____ Official Capacity
__X__ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.    Place of present confinement of plaintiff(s): Pulaski County Jail, Pulaski Sheriffs department

II.    Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Mason I. Gollett    Register No. 08-1562
Address 301 E. Historic 66   waynsville mo, 65583

B. Defendants Judge Long, Judge Beger, Pulaski Co. Jail, miss Bell, pathways Lebanon office social worker melissa, state of MO.
Is employed as officers of The Law, The courts, a state of The union of The Federal Government, and a M.H. caseworker.

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ☒ No _____

IV. Do you request a jury trial? Yes ☒ No _____

V. Do you request money damages? Yes ☒ No _____

State the amount claimed? $ 209,000,00 ⊕ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ☒ No _____

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ☒ No _____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ☒ No _____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

multiple complaints threw the Keosk to the point I no longer con File ony complaints, including a Letter to the prosicuting attorney & a soffet Letter to the Judges of This County.

D. If you have not filed a grievance, state the reasons.

Denial occses to Fiel on The Kiosk.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ☒ No _____

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ☒ No _____

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: Mason IBla Gollett vs. U.S. Government, et al.,
(Plaintiff)      (Defendant)

(2) Date filed: ~~June~~ May /20th / 2019

(3) Court where filed: W. D. Federal court of MO. KC.Mo.

(4) Case Number and citation: 19-03182-CV-S-MDH-P

(5) Basic claim made: unconstitutional acts

(6) Date of disposition: ~~May~~ June 10th/2019

(7) Disposition: Attempting to appeal
　　　　　　　　　(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: not resolved
　　　　　　　　　　　　　　　　(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.　Statement of claim:

A.　State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

(unable to be addressed in person)

(#1) Judge Long & Judge Beger - Refusing me the right to Be present in person in all my court proceedings. Prejudice acts.

(#2) miss bail with held my Legal mail & went threw it, Then assulted me on 10/21/18 at of offand 7:24 pm. Then I wes moved to 6 cell while under investigation for on alledged assult on ~~me~~ a collectional officer which was never Brought any further than That. Defemation of collector cri-led unussual Punishment.

(#3) Pathway's-LeBanon - social worker- Melissa falsly accussed me of Being suicidal whom I reached out to Ft. Lenodwood @ Sancuary which leads u.s. to The other 2 acustions in This complaint. Defamation of corrector.

B.　State briefly your legal theory or cite appropriate authority: Prejudice acts of deniel of constitutional rights aginst ~~The~~ Article 4 Section 3. Paragraph 2, ~~an accounts of~~ ~~enlist the decler~~ title of felon & or, Prisoner of P.C.J. when the declaration of independence States all men are created equally & per definition of man is mankind which refers to everyone being equal to onother, this is a vilation of Article 6 which bounds every Judge with anything wrisnten in The constitution, while being assulted By co's of this Jail & denied to Be present 4 all court proceedings as premised thecn The u.s. constitution & of mo. constitution is *a form of treachery but falsifing information to missLead The PPL of The u.s. with Lies, or an act of Betrayel by denaing the PPL The rights That are presented to be Pravided, This is cruie & unusual Punishment By Playing with PPL, emotions & mental under ~~standing~~ which ~~iscludes~~ Justice.

X.  **Relief:** State briefly exactly what you want the court to **do for you.** Make no legal arguments.

To Be allowed in a court Room when I have a court date
, on O.R. Bonnd to be Releases so I may be present for
my old Lady's Release From Prision, a dissmisel of the frivicls
charges, Thct The court Finonce & pay54 court proceeding costs,
ony mistekes thct the court Provide an Attorney to help me Dt Eve mele

XI. **Counsel:** The court Provides all necissery all court services & thct IF Eve mele
ony mistekes thct the court Provide an Attorney to help me while
providing me with the nessisery educotion, to Furthr the proper councle of Com

A.  If someone other than a lawyer is assisting you in preparing this case, state the person's
    name.  _____N/A_____

B.  Have you made any effort to contact a private lawyer to determine if he or she would
    represent you in this civil action?         Yes_____  No ✕

    If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

    _____N/A_____
    _____

C.  Have you previously had a lawyer representing you in a civil action in this court?
                                          Yes _____  No ✕

    If your answer is "Yes," state the name and address of the lawyer.

    _____N/A_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___20^th___ day of ___June___ 2019.

_____
Signature(s) of Plaintiff(s)

_____N/A_____

4

Mason T Garrett
Pulaski Co. Jail
301 EHistoric Rt. 66
Ste. 136
Waynesville, Mo. 65583

RECEIVED

2019 JUN 24  AM 1:28

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

LEGAL MAIL
SPRINGFIELD MO 658
21 JUN 2019

64106-260801

U.S. District Court
Office of the Clerk
1510 Whittaker court house
400 E. Ninth Street
Kansas City, Mo. 64106

USA FOREVER